IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Beazer Homes Corp., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Civil Action No. 4:09-1327-TLW-TER ) |
| American Residential Services, LLC d/b/a American Residential Services of South Carolina, Inc.; Universal Forest Products Eastern Division, Inc.; and Weaver co., Inc., | ) ) ) ) ) |
| Defendants. | ) ) |

# ORDER

On May 20, 2009, Plaintiff, Beazer Homes Corp., ("plaintiff"), brought this civil action against Defendants, who are subcontractors involved in the St. Andrews Townhomes Horizontal Property Regime condominium project (the project). (Doc. #1).

This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Thomas E. Rogers, III, to whom this case had previously been assigned. In the Report, the Magistrate Judge recommends that Plaintiff's Motion to Consolidate Actions and to Compel Arbitration and Stay Proceedings, (Doc. # 5), be granted in part and that the case be dismissed in its entirety. (Doc. # 43). No objections were filed. Objections were due by March 8, 2010.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the Report of the Magistrate Judge, this Court is not required

to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED.** (Doc. # 43).

**IT IS SO ORDERED**.

\_\_\_\_s/Terry L. Wooten\_\_\_\_  
United States District Judge

March 23, 2010  
Florence, South Carolina